# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DUNCAN, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, *et al.*,<br><br>        Defendants. | Case No.: 3:17-cv-00052-BTM-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND CLOSING CASE**<br><br>**[ECF No. 93]** |

Before the Court is the remaining parties' joint motion to dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 93.) The motion is signed by all parties who have appeared and remain in this action. (*Id.*) Upon due consideration, the joint motion to dismiss (ECF No. 93) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The Court directs the Clerk to close this case. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
Honorable Barry Ted Moskowitz
United States District Judge